

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00478-CV

IN THE MATTER OF THE ESTATE OF
GROVER GIBSON

§  On Appeal from Probate Court No. 2

§  of Tarrant County (2021-PR02458-2)

§  January 25, 2024

§  Per Curiam Memorandum Opinion

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM